AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

EDMOND MARK HODGES,

    Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:09-CV-00095-LRH-RAM**

NORTHWEST TRUSTEE SERVICES,

    Defendant.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendant's motion to strike and expunge lis pendens (#3) is GRANTED. The notice of pendency of action and petition for judicial review (#1) is stricken and the case is dismissed.

| | |
|---|---|
|   November 24, 2009 | **LANCE S. WILSON** |
| | Clerk |
| | |
| | /s/ D. R. Morgan |
| | Deputy Clerk |